ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL RUSSELL,
    Petitioner

    vs.

Martin F. Horn, Secretary of
Corrections; Raymond Colleran,
Superintendent/Warden, et al. And
Pamela A. McClure
THE SCRANTON COMMUNITY CORRECTIONS
CENTER, AND THE PENNSYLVANIA BOARD
OF PROBATION AND PAROLE.

Civil Action No. 1:CV-01-102

FILED
HARRISBURG
JUL 16 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

### PETITION TO WITHDRAW CURRENT HABEAS CORPUS PETITION UNDER RULE 2255 AND RESUBMIT A CORRECT HABEAS CORPUS PETITION UNDER RULE 2254

    Petitioner Michael Russell, respectfully ask that this Court allow him to withdraw current WRIT of HABEAS CORPUS under Rule 2255, in order that he may correct that petition and redress his ground for relief and resend a correct Habeas Corpus under Rule 2254, that would outline all grounds for relief.

                        Respectfully submitted

Date: 7-9-01

                                              Michael Russell

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL RUSSELL,
    Petitioner

    vs.

Martin F. Horn, Secretary of
Corrections; Raymond Colleran,
Superintendent/Warden, et al. And
Pamela A. McClure
THE SCRANTON COMMUNITY CORRECTIONS
CENTER, AND THE PENNSYLVANIA BOARD
OF PROBATION AND PAROLE.

: Civil Action No.____

## ORDER

AND NOW this 9 day of July, 2001, the petitioner, Michael Russell is hereby granted leave to withdraw, his current Habeas Corpus Petition under Rule 2254. Petitioner is also granted leave to refile a correct Habeas Corpus under Rule 2254, with corrections covering all grounds for relief.

DATED: 7-9-01

By The Court