4:01-CV-1024

```
Court Name: Pennsylvania Middle
Division: 3
Receipt Number: 333051806
Cashier ID: tscott
Transaction Date: 04/24/2007
Payer Name: SCI GREENE

PLRA CIVIL FILING FEE
 For: MICHAEL WASHINGTON
 Case/Party: D-PAM-4-01-CV-001024-001
 Amount:        $4.62

CHECK
 Check/Money Order Num: 110611
 Amt Tendered: $4.62

Total Due:      $4.62
Total Tendered: $4.62
Change Amt:     $0.00


Only when bank clears the check or
verifies credit of funds is the fee
or debit officially paid or
discharged. A $45.00 fee will be
charged for returned checks.
```

**FILED**
**SCRANTON**

APR 2 4 2007

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK